IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NAKIA WILLIAMS                                                              PLAINTIFF

V                                          CIVIL ACTION NUMBER:  4:06cv188-P-B

DAIMLERCHRYSLER CORPORATION,
and TRW- OCCUPANT RESTRAINT
SYSTEMS/MESA                                                              DEFENDANTS

## AGREED ORDER GRANTING MOTION TO COMPEL

This cause comes before the Court on the ore tenus motion of the Defendants to compel adequate expert designations of the Plaintiff to be compliant with the Federal Rules of Civil Procedure and the Court's Uniform Local Rules. After due consideration of the record, the positions of the parties, the applicable law and being otherwise fully advised in the premises, the Court finds that the motion is meritorious and should be granted. It is therefore,

ORDERED that the Defendants' ore tenus motion to compel be, and is hereby, granted. It is further,

ORDERED that on or before October 12, 2007, the Plaintiff shall fully supplement her expert "designations" to become compliant with the Federal Rules of Civil Procedure and the Court's Uniform Local Rules. It is further,

ORDERED that the Defendants' deadline for designation of experts be, and is hereby, extended to Monday, November 12, 2007.

THIS, the 31st day of August, 2007.

/s/ Eugene M. Bogen
U.S. Magistrate Judge

Page 1 of 2

AGREED:

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR CHRYSLER LLC |
|---|---|
| BY:/s/Carl L. Collins<br>    Carl L. Collins, III | BY:/s/Lee Thaggard<br>    Lee Thaggard |
| Dated: August 29, 2007. | Dated: August 29, 2007. |

ATTORNEY FOR TRW AUTOMOTIVE US, LLC

BY:/s/David B. Weinstein
    David B. Weinstein

Dated: August 29, 2007.