IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NAKIA WILLIAMS                                                                                               PLAINTIFF

V                                               CIVIL ACTION NUMBER: 4:06cv188-P-B

CHRYSLER LLC
and TRW- OCCUPANT RESTRAINT
SYSTEMS/MESA                                                                         DEFENDANTS

## ORDER

This cause comes before the Court on the <u>ore tenus</u> motion of the Defendant named as "DaimlerChrysler Corporation" to substitute the Chrysler LLC for such defendant. The Court is informed by the parties that after this litigation was commenced, DaimlerChrysler Corporation experienced a conversion of its corporate structure and became known DaimlerChrysler Company LLC which, after a recent change in its ownership changed its name to Chrysler LLC. After due consideration of the record, the positions of the parties, the applicable law and being otherwise fully advised in the premises, the Court finds that the motion is meritorious and should be granted. It is therefore,

ORDERED that the Defendant's <u>ore tenus</u> motion be, and is hereby, granted. It is further,

ORDERED that Chrysler LLC be, and is hereby, substituted in place of "DaimlerChrysler Corporation." The Clerk shall amend the docket to reflect such change and the caption in all future pleadings shall reflect such change.

THIS, the 31st day of August, 2007.

                                                     <u>/s/ Eugene M. Bogen</u>
                                                     U.S. Magistrate Judge

AGREED:

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR CHRYSLER LLC |
| BY:/s/Carl L. Collins | BY:/s/Lee Thaggard |
| Carl L. Collins, III | Lee Thaggard |
| Dated: August 29, 2007. | Dated: August 29, 2007. |

ATTORNEY FOR TRW AUTOMOTIVE US, LLC

BY:/s/David B. Weinstein
David B. Weinstein

Dated: August 29, 2007.