IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NAKIA WILLIAMS                                                                                    PLAINTIFF

V                                                           CIVIL ACTION NUMBER:  4:06cv188-P-B

DAIMLERCHRYSLER CORPORATION,
and TRW- OCCUPANT RESTRAINT
SYSTEMS/MESA                                                                                  DEFENDANTS

**ORDER**

This cause came to be heard on the <u>ore tenus</u> motion of the Parties to extend Defendants' expert witness disclosure deadline in this matter, as set forth in the Court's Order dated November 13, 2007 (Document No. 42), up to and including January 31, 2008. This Court having considered the same and having recognized that this is an agreed order, finds that the relief requested is well-taken. It is therefore

ORDERED that the Joint Motion is GRANTED and that Defendants will have up to and including January 31, 2008, to submit their respective expert designations and other expert disclosures as required by Federal Rules of Civil Procedure and the Court's Uniform Local Rules. All other deadlines will remain as previously set.

This, the 19th day of December, 2007.

/s/ Eugene M. Bogen
U. S. Magistrate Judge

AGREED:

/s/ Lee Thaggard
Lee Thaggard
Bourdeaux & Jones, LLP
P.O. Box 2009
Meridian, MS  39302
(601) 693-2393
(601) 693-0226 (facsimile)

*Attorney for Chrysler LLC*

/s/ Kimberly S. Coggin by LT with permission
Kimberly S. Coggin (MS Bar No. 99855)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201

David B. Weinstein
Pillsbury Winthrop Shaw Pittman LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, Texas 77010
Telephone: (713) 276-7600
Facsimile: (713) 276-7673

*Attorneys for TRW Automotive U.S. LLC*


/s/ Carl L. Collins by LT with permission
Carl L. Collins, III
18100 Meyers, Ste. 392
Detroit, MI 48235

Carlos E. Moore, MSB
2026 South Commerce St., Ste. 5
Grenada, MS 38902

*Attorneys for Plaintiff*