IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NAKIA WILLIAMS                                                                                  PLAINTIFF

V                                                         CIVIL ACTION NUMBER:  4:06cv188-P-B

DAIMLERCHRYSLER CORPORATION, ET AL.                                            DEFENDANTS

## ORDER

**BEFORE THE COURT** is the parties' *ore tenus* Motion for leave to change the location of depositions ordered by the Court to begin on May 5, 2008, at the Federal Building Courthouse, Courtroom 2, in Greenville, MS.  In the interest of the convenience of the parties, the Court is of the opinion that the Motion should be granted.

**THEREFORE, IT IS ORDERED** that the parties' Motion for change of location of depositions is **GRANTED**; and the depositions of Plaintiff, her mother, Lou Bell and Plaintiff's experts may be conducted at the Greenville Inn and Suites in Greenville, MS or such other place as agreed upon by the parties.  However, these depositions shall in all other respects be conducted as previously ordered by the Court.

**THIS** 2nd day of May, 2008.

/s/ Eugene M. Bogen
U. S. Magistrate Judge